## LATHROPE v. THE STATE.

From the Kosciusko Circuit Court.

*Frazer & Encell* and *E. Hayward*, for appellant.

*C. A. Buskirk*, Attorney General, and *R. D. Doyle*, for the State.

PETTIT, J.—In all legal respects, this case is the same as that of *Lathrope* v. *The State, ante*, p. 555 ; and on the authority of that case, and the authority there cited, this case is reversed, with instructions to sustain the motion for a new trial.

BIDDLE, C. J.—I dissent for the reasons given in the case upon which this case is decided.